**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DON FAIRFIELD

    VS                                            CASE NO. 4:05cv162-RH/WCS

WARDEN, BOP

### REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 07/13/2005 (document #6), and referred to Magistrate Judge William C. Sherrill on 07/13/2005.

Summary of motion/pleading: MOTION FOR COURT ORDER

                                                                WILLIAM M. MCCOOL, CLERK OF COURT

                                                                s/ Pamela Lourcey
                                                                 DEPUTY CLERK

---

### ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is   DEFERRED for the reasons set forth in the order of July 14, 2005 (doc. 7), which had not yet been received by Petitioner when he signed this motion.

                                                                 S/ William C. Sherrill
                                                              UNITED STATES MAGISTRATE JUDGE