IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DON FAIRFIELD,

    Petitioner,

v.                                    CASE NO.  4:05cv162-RH/WCS

WARDEN, BOP, et al.,

    Respondents.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 14), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

    SO ORDERED this 9th day of January, 2006.

                                                 s/Robert L. Hinkle
                                               Chief United States District Judge